# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2020

### NO. 03-20-00090-CV

**G. R., Appellant**

**v.**

**Texas Department of Public Safety, Appellee**

**APPEAL FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the order denying the petition for expunction signed by the trial court on January 23, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying the petition for expunction. Therefore, the Court affirms the trial court's order denying the petition for expunction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.